1  G. EDWARD RUDLOFF, JR. (SBN 56058)
   SUSANNA K. FARBER (SBN 251155)
2  **RUDLOFF WOOD & BARROWS LLP**
   2000 Powell Street, Suite 900
3  Emeryville, CA  94608
   Telephone:   (510) 740-1500
4  Facsimile:    (510) 740-1501
   E-mail:        erudloff@rwblaw.com
5                   sfarber@rwblaw.com

6  Attorneys for Defendant TRAVELERS
   PROPERTY CASUALTY INSURANCE
7  COMPANY

8  JAMES H. WILKINS (SBN 116364)
   WILKINS, DROLSHAGEN & CZESHINSKI LLP
9  7050 N. Fresno Street, Suite 204
   Fresno, CA 93720
10 Telephone:   (559) 438-2390
   Facsimile:    (559) 438-2393
11
   Attorneys for Plaintiff, JACK QUIGLEY
12
                  UNITED STATES DISTRICT COURT
13
                  EASTERN DISTRICT OF CALIFORNIA - FRESNO
14

15 JACK QUIGLEY,                                   No.  1:08-CV-1302-OWW-DLB

16              Plaintiff,

17      vs.                                        **ORDER GRANTING STIPULATION
                                                   FOR EXTENSION OF TIME TO
                                                   FILE ANSWER TO COMPLAINT
18 TRAVELERS PROPERTY CASUALTY                     FOR BREACH OF CONTRACT AND
   INSURANCE COMPANY, AND DOES 1                   BREACH OF THE IMPLIED
19 THROUGH 25, INCLUSIVE,                          COVENANT OF GOOD FAITH AND
                                                   FAIR DEALING**
20              Defendants.
                                          /        Complaint filed: September 3, 2008
21                                                 Trial Date:      None Set

22

23

24      Pursuant to the stipulation between the parties hereto and having considered all pleadings

25 and files in this matter, and good cause appearing therefor,

26      IT IS HEREBY ORDERED that the deadline for Defendant TRAVELERS PROPERTY

27 CASUALTY INSURANCE COMPANY to answer, move or otherwise respond to Plaintiff's

28 Complaint is extended to October 27, 2008.

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.

2

3  DATE: 22 September 2008              ____/s/ Dennis L. Beck_____
                                        THE HONORABLE DENNIS L. BECK
4                                       United States Magistrate Judge
                                        Eastern District of California

RUDLOFF WOOD & BARROWS LLP
ATTORNEYS AT LAW
2000 POWELL STREET, SUITE 900
EMERYVILLE, CALIFORNIA 94608
(510) 740-1500

[Proposed] Order Granting Stipulation for Extension of Time to Answer Complaint for
Breach Of Contract And Breach of the Implied Covenant of Good Faith and Fair Dealing      Page 2

F:\Trvl\Quigley Proposed Order granting sip to extend time to file answer.doc

RUDLOFF WOOD & BARROWS LLP
ATTORNEYS AT LAW
2000 POWELL STREET, SUITE 900
EMERYVILLE, CALIFORNIA  94608
(510) 740-1500

[Proposed] Order Granting Stipulation for Extension of Time to Answer Complaint for Breach Of Contract And Breach of the Implied Covenant of Good Faith and Fair Dealing            Page 3