G. EDWARD RUDLOFF, JR. (SBN 56058)
SUSANNA K. FARBER (SBN 251155)
**RUDLOFF WOOD & BARROWS LLP**
2000 Powell Street, Suite 900
Emeryville, CA 94608
Telephone: (510) 740-1500
Facsimile: (510) 740-1501
E-mail: erudloff@rwblaw.com
sfarber@rwblaw.com

Attorneys for Defendant TRAVELERS PROPERTY CASUALTY INSURANCE COMPANY

JAMES H. WILKINS (SBN 116364)
WILKINS, DROLSHAGEN & CZESHINSKI LLP
7050 N. Fresno Street, Suite 204
Fresno, CA 93720
Telephone: (559) 438-2390
Facsimile: (559) 438-2393

Attorneys for Plaintiff, JACK QUIGLEY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO

| | |
|---|---|
| JACK QUIGLEY,<br><br>  Plaintiff,<br><br>vs.<br><br>TRAVELERS PROPERTY CASUALTY INSURANCE COMPANY, AND DOES 1 THROUGH 25, INCLUSIVE,<br><br>  Defendants. | No. 1:08-CV-1302-OWW-DLB<br><br>**ORDER GRANTING STIPULATION FOR EXTENSION OF TIME TO FILE ANSWER TO COMPLAINT FOR BREACH OF CONTRACT AND BREACH OF THE IMPLIED COVENANT OF GOOD FAITH AND FAIR DEALING**<br><br>Complaint filed: September 3, 2008<br>Trial Date: None Set |

Pursuant to the stipulation between the parties hereto and having considered all pleadings and files in this matter, and good cause appearing therefor,

IT IS HEREBY ORDERED that the deadline for Defendant TRAVELERS PROPERTY CASUALTY INSURANCE COMPANY to answer, move or otherwise respond to Plaintiff's Complaint is extended to October 27, 2008.

[Proposed] Order Granting Stipulation for Extension of Time to Answer Complaint for Breach Of Contract And Breach of the Implied Covenant of Good Faith and Fair Dealing — Page 1

PDF created with pdfFactory trial version www.pdffactory.com

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATE: September 24, 2008         /s/ OLIVER W. WANGER
                                 THE HONORABLE OLIVER W. WANGER
                                 United States District Court
                                 Eastern District of California

RUDLOFF WOOD & BARROWS LLP
ATTORNEYS AT LAW
2000 POWELL STREET, SUITE 900
EMERYVILLE, CALIFORNIA 94608
(510) 740-1500

[Proposed] Order Granting Stipulation for Extension of Time to Answer Complaint for Breach Of Contract And Breach of the Implied Covenant of Good Faith and Fair Dealing    Page 2

PDF created with pdfFactory trial version www.pdffactory.com

F:\Trvl\Quigley Proposed Order granting sip to extend time to file answer.doc

**RUDLOFF WOOD & BARROWS LLP**
ATTORNEYS AT LAW
2000 POWELL STREET, SUITE 900
EMERYVILLE, CALIFORNIA 94608
(510) 740-1500

[Proposed] Order Granting Stipulation for Extension of Time to Answer Complaint for Breach Of Contract And Breach of the Implied Covenant of Good Faith and Fair Dealing    Page 3

PDF created with pdfFactory trial version www.pdffactory.com