# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK QUIGLEY,<br><br>            Plaintiff,<br><br>vs.<br><br>TRAVELERS PROPERTY CASUALTY INSURANCE COMPANY, AND DOES 1 THROUGH 25, INCLUSIVE,<br><br>            Defendants. | Case No. 1:08-CV-1302-OWW-DLB<br><br>**ORDER GRANTING CONTINUANCE OF HEARING ON PLAINTIFF'S MOTION FOR SUMMARY ADJUDICATION**<br><br>Complaint filed:  September 3, 2008<br>Trial Date:     None Set<br><br>Hon. Oliver W. Wanger |

Pursuant to the stipulation between the parties hereto, and having considered all pleadings and files in this matter, and good cause appearing thereof,

IT IS HEREBY ORDERED that the hearing for Plaintiff's Motion for Summary Adjudication of Issue that Defendant Travelers Property Casualty Insurance Company has Breached the Duty to Defend, currently set for hearing on December 1, 2008, is hereby moved to December 8, 2008.

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED**.


DATED:  October 3, 2008_____          /s/ OLIVER W. WANGER_____
                                                          United States District Court Judge
                                                          Eastern District of California