# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK QUIGLEY,<br><br>               Plaintiff,<br><br>vs.<br><br>TRAVELERS PROPERTY CASUALTY INSURANCE COMPANY, AND DOES 1 THROUGH 25, INCLUSIVE,<br><br>               Defendants. | Case No. 1:08-CV-1302-OWW-DLB<br><br>**ORDER GRANTING CONTINUANCE OF HEARING ON PLAINTIFF'S MOTION FOR SUMMARY ADJUDICATION**<br><br>Complaint filed: September 3, 2008<br>Trial Date:    None Set<br><br>Hon. Oliver W. Wanger |

Pursuant to the stipulation between the parties hereto, and based on the Court's inherent power to control its own calendar, and good cause appearing thereof,

IT IS HEREBY ORDERED that the hearing for Plaintiff's Motion for Summary Adjudication of Issue that Defendant Travelers Property Casualty Insurance Company has Breached the Duty to Defend, currently set for hearing on December 8, 2008, is hereby moved to March 2, 2009.

IT IS ALSO ORDERED that the briefing schedule for Plaintiff's reply brief shall be modified in conformance with this new hearing date.

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED**.

DATED: November 25, 2008                   /s/ OLIVER W. WANGER
                                                                         United States District Court Judge
                                                                           Eastern District of California

PDF created with pdfFactory trial version www.pdffactory.com