G. EDWARD RUDLOFF, JR. (SBN 56058)
EDWARD P. MURPHY (SBN 182778)
SUSANNA K. FARBER (SBN 251155)
**RUDLOFF WOOD & BARROWS LLP**
2000 Powell Street, Suite 900
Emeryville, CA  94608
Telephone:   (510) 740-1500
Facsimile:   (510) 740-1501
E-mail:      erudloff@rwblaw.com
             sfarber@rwblaw.com

Attorneys for Defendant TRAVELERS
PROPERTY CASUALTY INSURANCE
COMPANY

JAMES H. WILKINS (SBN 116364)
WILKINS, DROLSHAGEN & CZESHINSKI LLP
7050 N. Fresno Street, Suite 204
Fresno, CA 93720
Telephone:   (559) 438-2390
Facsimile:   (559) 438-2393

Attorneys for Plaintiff, JACK QUIGLEY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA - FRESNO

| | |
|---|---|
| JACK QUIGLEY,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>TRAVELERS PROPERTY CASUALTY INSURANCE COMPANY, AND DOES 1 THROUGH 25, INCLUSIVE,<br><br>　　　　　Defendants.<br>_____/ | No.  1:08-CV-1302-OWW-DLB<br><br>**ORDER GRANTING CONSENT STIPULATION AND PROTECTIVE ORDER**<br><br>Complaint filed: September 3, 2008<br>Trial Date:        March 30, 2010 |

　　　　Pursuant to the stipulation between the parties hereto and having considered all pleadings and files in this matter, and good cause appearing therefor,

　　　　WHEREAS each of the parties submit that certain documents and information sought in connection with discovery in the above captioned matter (which, together with any appeals and contribution, indemnity or subrogation action relating to the above captioned matter, is referred to herein as the "Action") contain commercially sensitive and/or proprietary information;

PDF created with pdfFactory trial version www.pdffactory.com

WHEREAS the parties wish to engage in full discovery without impinging on the parties' legitimate confidentiality and proprietary interests;

AND WHEREAS good cause exists for entry of the parties' Consent Stipulation and Protective Order;

IT IS HEREBY ORDERED that the terms of the Consent Stipulation and Protective Order shall apply to all documents, testimony and information designated by any party to this action as "Confidential."

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATE: February 23, 2009

/s/ OLIVER W. WANGER
THE HONORABLE OLIVER W. WANGER
United States District Court
Eastern District of California

RUDLOFF WOOD & BARROWS LLP
ATTORNEYS AT LAW
2000 POWELL STREET, SUITE 900
EMERYVILLE, CALIFORNIA 94608
(510) 740-1500

PDF created with pdfFactory trial version www.pdffactory.com