UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK QUIGLEY,<br><br>               Plaintiff,<br><br>    v.<br><br>TRAVELERS PROPERTY CASUALTY INSURANCE COMPANY, and Does 1 through 25, inclusive,<br><br>               Defendants. | 1:08-CV-01302 OWW DLB<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY ADJUDICATION AND DENYING DEFENDANTS' CROSS-MOTION FOR SUMMARY ADJUDICATION RE: TRAVELERS' DUTY TO DEFEND |

On May 6, 1009, Plaintiff JACK QUIGLEY appeared, through counsel, James H. Wilkins, of Wilkins, Drolshagen & Czeshinski, LLP, and Defendant TRAVELERS PROPERTY CASUALTY INSURANCE COMPANY appeared through its counsel, Edward Rudloff of Rudloff, Wood & Barrows, LLP, for the hearing on Cross-Motions for Summary Adjudication of the issue of whether TRAVELERS PROPERTY CASUALTY INSURANCE COMPANY owed Plaintiff, JACK QUIGLEY, a defense in the action filed in Fresno County Superior Court by Jane Doe, Fresno County Superior Court Case No. 08 CE CG 01959 (the "Underlying Action").  Having read all supporting, opposition, and reply papers relating to said cross-motions, oral arguments made during the May 6, 2009 hearing, and in accordance with this Court's May 27, 2009 Memorandum Decision, the Court finds that it is undisputed that Plaintiff JACK QUIGLEY timely tendered his defense of the Underlying Action to Defendant on or about July

1

15, 2008, which was denied by Defendant.  In addition, upon receiving Defendants' initial denial, Plaintiff made a subsequent request for reconsideration, which was also denied, and Defendant has continued to refuse to defend Plaintiff in the Underlying Action.

Accordingly, IT IS ORDERED, ADJUDGED, AND DECREED that Defendant TRAVELERS PROPERTY CASUALTY INSURANCE COMPANY owes Plaintiff JACK QUIGLEY a defense in the Underlying Action, and that TRAVELERS PROPERTY CASUALTY INSURANCE COMPANY'S failure and refusal to defend JACK QUIGLEY has breached its duty to defend. Therefore, Plaintiff's Motion for Summary Adjudication is GRANTED and Defendant's Cross-Motion is DENIED.

SO ORDERED

June 17, 2009

                                         ___/s/ Oliver W. Wanger___
                                             Oliver W. Wanger
                                    United States District Judge

2