G. EDWARD RUDLOFF, JR.  (SBN 56058)
EDWARD P. MURPHY (State Bar No. 182778)
SUSANNA K. FARBER  (SBN 251155)
**RUDLOFF WOOD & BARROWS LLP**
2000 Powell Street, Suite 900
Emeryville, CA  94608
Telephone:     (510) 740-1500
Facsimile:      (510) 740-1501
E-mail:          erudloff@rwblaw.com
                     sfarber@rwblaw.com

Attorneys for Defendant TRAVELERS PROPERTY CASUALTY INSURANCE COMPANY

JAMES H. WILKINS  (SBN 116364)
WILKINS, DROLSHAGEN & CZESHINSKI LLP
7050 N. Fresno Street, Suite 204
Fresno, CA 93720
Telephone:     (559) 438-2390
Facsimile:      (559) 438-2393

Attorneys for Plaintiff, JACK QUIGLEY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK QUIGLEY,<br><br>                    Plaintiff,<br><br>     vs.<br><br>TRAVELERS PROPERTY CASUALTY INSURANCE COMPANY, AND DOES 1 THROUGH 25, INCLUSIVE,<br><br>                    Defendants. | Case No. 1:08-CV-1302-OWW-DLB<br><br>**STIPULATION FOR STAY OF PROCEEDING**<br>**[Local Rule 83-143]**<br><br>Complaint filed: September 3, 2008<br>Trial Date:     None Set<br><br>        Hon. Oliver W. Wanger |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Defendant Travelers Property Casualty Insurance Company ("Travelers"), by and through its attorneys of record, Rudloff Wood & Barrows LLP, and Plaintiff Jack Quigley ("Plaintiff"), by and through his attorneys of record, Wilkins, Drolshagen & Czeshinski, LLP, hereby stipulate:

1
STIPULATION FOR STAY OF PROCEEDING
CASE NO. 1:08-CV-1302-OWW-DLB

PDF created with pdfFactory trial version www.pdffactory.com

WHEREAS, Plaintiff is the defendant in an action filed in the Superior Court of California, County of Fresno in the matter entitled *Jane Doe v. Quigley,* Case Number 08 CE CG 01959 ("Underlying Action");

WHEREAS, Plaintiff tendered his defense of the Underlying Action to Travelers who issued a homeowners' policy to Plaintiff, Policy Number 975028869-633-1 ("Policy");

WHEREAS, Travelers denied it owed a duty to defend Plaintiff in the Underlying Action;

WHEREAS, Plaintiff filed an action against Travelers in the United States District Court, Eastern District of California – Fresno Division, Case Number 1:08-CV-01302-OWW-DLB ("Action") for breach of contract and breach of the implied covenant of good faith and fair dealing;

WHEREAS, Plaintiff and Travelers filed competing motions for partial summary judgment on whether Travelers breached its duty to defend Plaintiff in the Underlying Action;

WHEREAS, this Court issued an Order that Travelers owed Plaintiff a defense in the Underlying Action and that Travelers breached its duty to defend Plaintiff;

WHEREAS, Travelers is now paying for a portion of the attorneys' fees and costs being incurred in Plaintiff's defense in the Underlying Action;

WHEREAS, Travelers contends that as part of defending this Action that it will need to engage in discovery and possibly seek to move to file its own declaratory relief action that it does not owe any duty to indemnify Plaintiff;

WHEREAS, Travelers contends that such discovery and declaratory relief action could impact on coverage issues affecting the defense being provided Plaintiff in the Underlying Action;

WHEREAS, to avoid the possibility of prejudicing Plaintiff's defense in the Underlying Action, Plaintiff and Travelers agree to stay the Action unless or until Plaintiff seeks relief from the stay or until the Underlying Action is resolved through settlement, dismissal or judgment;

WHEREAS, this Court has the inherent power to control its own calendar; and

PDF created with pdfFactory trial version www.pdffactory.com

WHEREAS, a stay of proceedings would avoid Plaintiff having to fight a two front war and risk the potential of prejudicing his defense in the Underlying Action and a stay would serve judicial economy and efficiency;

NOW THEREFORE, it is stipulated between Wilkins, Drolshagen & Czeshinski, LLP for Plaintiff and Rudloff Wood & Barrows LLP for Travelers to stay the Action unless and until Plaintiff seeks relief from the stay or until the Underlying Action is resolved through settlement, dismissal or judgment.

DATED: September 15, 2009    **RUDLOFF WOOD & BARROWS LLP**

By: */s./ Edward P. Murphy*
    G. Edward Rudloff, Jr.
    Edward P. Murphy
    Susanna K. Farber

Attorneys for Defendant TRAVELERS PROPERTY CASUALTY INSURANCE COMPANY

DATED: September 15, 2009    **WILKINS, DROLSHAGEN & CZESHINSKI LLP**

By: */s./ James H. Wilkins*
    James H. Wilkins

Attorneys for Plaintiff JACK QUIGLEY

## **ORDER**

Pursuant to the stipulation between the parties, and based on the Court's inherent power to control its own calendar, and good cause appearing thereof,

IT IS HEREBY ORDERED that Plaintiff's Action for breach of contract and breach of the implied covenant of good faith and fair dealing against Travelers is hereby STAYED.

IT IS FURTHER ORDERED that the stay will remain in effect unless and until Plaintiff seeks relief from the stay or until the action filed in the Superior Court of California, County of Fresno in the matter entitled *Jane Doe v. Quigley,* Case Number 08 CE CG 01959 is resolved

RUDLOFF WOOD & BARROWS LLP
ATTORNEYS AT LAW
2000 POWELL STREET, SUITE 900
EMERYVILLE, CALIFORNIA 94608
(510) 740-1500

PDF created with pdfFactory trial version www.pdffactory.com

through settlement, dismissal or judgment.  The parties shall notify the Court immediately on disposition of the underlying case and shall move or stipulate to lift the stay.

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED**.

DATED:   September 16, 2009             /s/ OLIVER W. WANGER
                                        United States District Court Judge
                                        Eastern District of California

RUDLOFF WOOD & BARROWS LLP
ATTORNEYS AT LAW
2000 POWELL STREET, SUITE 900
EMERYVILLE, CALIFORNIA 94608
(510) 740-1500

PDF created with pdfFactory trial version www.pdffactory.com