1  G. EDWARD RUDLOFF, JR.  (SBN 56058)
   EDWARD P. MURPHY (State Bar No. 182778)
2  SUSANNA K. FARBER  (SBN 251155)
   **RUDLOFF WOOD & BARROWS LLP**
3  2000 Powell Street, Suite 900
   Emeryville, CA  94608
4  Telephone:    (510) 740-1500
   Facsimile:    (510) 740-1501
5  E-mail:    erudloff@rwblaw.com
              sfarber@rwblaw.com
6
   Attorneys for Defendant TRAVELERS PROPERTY
7  CASUALTY INSURANCE COMPANY

8

9                UNITED STATES DISTRICT COURT

10        EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

11

12 JACK QUIGLEY,                        Case No. 1:08-CV-1302-OWW-DLB

                   Plaintiff,           **STIPULATION OF DISMISSAL OF
13                                       ACTION WITH PREJUDICE; AND
                                         ORDER THEREON**
14        vs.

15 TRAVELERS PROPERTY CASUALTY          Complaint filed:  September 3, 2008
   INSURANCE COMPANY, AND DOES 1        Trial Date:      None Set
16 THROUGH 25, INCLUSIVE,
                                        Hon. Oliver W. Wanger
17                 Defendants.

18

19      1.    WHEREAS, the parties to this action have executed a Settlement Agreement and

20 General Release In Full; and

21      2.    WHEREAS, Plaintiff Jack Quigley has agreed to dismiss this action in its entirety,

22 with prejudice, under Federal Rules of Civil Procedure, Rule 41(a)(2); and

23      3.    WHEREAS, the parties to this action agree that each side is to bear its own costs in

24 this matter;

25      4.    The parties to this action agree, through their respective attorneys, that Plaintiff

26 Jack Quigley hereby dismisses this action in its entirety, with prejudice, each side bearing its own

27 costs.

28 ///

                                        -1-
**STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE; ORDER THEREON**

FORAN GLENNON PALANDECH PONZI & RUDLOFF PC
ATTORNEYS AT LAW
2000 POWELL STREET, SUITE 900
EMERYVILLE, CALIFORNIA  94608
(510) 740-1500

1    **IT IS SO STIPULATED.**

2    DATED:  February 1, 2011          **FORAN GLENNON PALANDECH PONZI &**
3                                      **RUDLOFF PC**

4                                      By:      /s/ G. Edward Rudloff, Jr.
5                                               G. Edward Rudloff, Jr.
                                                Edward P. Murphy
6                                               Susanna K. Farber

7                                      Attorneys for Defendant TRAVELERS
                                       PROPERTY CASUALTY INSURANCE
8                                      COMPANY

9    DATED:  February 1, 2011          **WILKINS, DROLSHAGEN & CZESHINSKI**
10                                     **LLP**

11                                     By:      /s/ James H. Wilkins
                                                James H. Wilkins
12

13                                     Attorneys for Plaintiff JACK QUIGLEY

14

15                              <u>**ORDER OF DISMISSAL**</u>

16        Based on the above-stated stipulation, and good cause otherwise appearing, IT IS

17   ORDERED that this action is dismissed with prejudice.

18

19   IT IS SO ORDERED.

20
     Dated:   **February 2, 2011**              /s/ **Oliver W. Wanger**
21                                              UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28

**STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE; ORDER THEREON**

FORAN GLENNON PALANDECH PONZI & RUDLOFF PC
ATTORNEYS AT LAW
2000 POWELL STREET, SUITE 900
EMERYVILLE, CALIFORNIA 94608
(510) 740-1500